UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**Mastronardi Produce Limited**, an Ontario corporation,

    Plaintiff,

vs.

**TerraSphere Systems LLC**, a Massachusetts limited liability company; **TerraSphere Inc.**, a Delaware corporation, jointly and severally,

    Defendants.

Case No. 2:11-cv-13696-PDB-PJK

Hon. Paul Borman
Magistrate: Hon. Paul J. Komives

---

## STIPULATED ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT FILED BY MASTRONARDI PRODUCE LIMITED

Based on the stipulation of the undersigned parties, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that Defendants, TerraSphere Systems LLC, a Massachusetts limited liability company and TerraSphere Inc., a Delaware corporation, shall have until December 30, 2011, in which to answer or otherwise respond to the Complaint filed by Mastronardi Produce Limited.

_____
HON. PAUL BORMAN
UNITED STATES DISTRICT COURT JUDGE

Dated: __Dec 1__, 2011

1

The Undersigned Parties Stipulate to the Terms and Entry of the Above Order:

| | |
|---|---|
| **THAV GROSS PC** | **HOWARD & HOWARD ATTORNEYS PLLC** |
| By: **/s/David E. Einstandig** <br> **David E. Einstandig (P47344)** <br> Attorneys for Plaintiff <br> 30150 Telegraph Road, Suite 444 <br> Bingham Farms, MI  48025-4519 <br> (248) 645-1700 (t) <br> (248) 645-8205 (f) <br> deinstandig@thavgross.com | By: **/s/Michael F. Wais** <br> **Michael F. Wais (P45482)** <br> Attorneys for Defendants <br> 450 West Fourth Street <br> Royal Oak, Michigan  48067 <br> (248) 723-0365 (t) <br> (248) 645-1568 (f) <br> mwais@howardandhoward.com |